Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the incorrect transaction (the one for which you are requesting a refund), not the correct transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* | Daniel S. Levinson | 7. Your Phone Number: | (858) 792-1100 |
| 2. Your Email Address:* | dan@levinsonstocktonllp.com | 8. Full Case Number (if applicable): | 4:20-cv-05712-KAW |
| 3. Receipt Number:* | 0971-14817379 | 9. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | 08/14/2020 | | |
| 5. Transaction Time:* | 3:14 pm | | |
| 6. Transaction Amount (Amount to be refunded):* | $ 400.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the correct receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).*

Website froze during transaction; I started over and apparently the charge went through from the first transaction. I did not receive a receipt for this transaction. The correct receipt number is 0971-14817395.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ❌ ☐ Approved<br>☐ Denied<br>☐ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: 8/26/2020 | Request approved/denied by: *Ana P. Ranarus* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please provide the incorrect receipt number in #3. The one you provided cannot be found. Please contact the pay.gov customer service for the receipt number. | |
| Referred for OSC date (if applicable): | |