1  EMILY JOHNSON HENN (Bar No. 269482)
2  KATHRYN E. CAHOY (Bar No. 298777)
   COVINGTON & BURLING LLP
3  3000 El Camino Real
   5 Palo Alto Square, 10th Floor
4  Palo Alto, CA 94306-2112
   Telephone: + 1 (650) 632-4700
5  Facsimile: + 1 (650) 632-4800
   Email: ehenn@cov.com
6  Email: kcahoy@cov.com

7  ASHLEY M. SIMONSEN (Bar No. 275203)
8  COVINGTON & BURLING LLP
   1999 Avenue of the Stars
9  Los Angeles, CA 90067-4643
   Telephone: +1 (424) 332-4782
10 Facsimile: +1 (424) 332-4749
   Email: asimonsen@cov.com
11

12 *Attorneys for Defendant The Clorox Company*

DANIEL LEVINSON
JUSTIN STOCKTON
LEVINSON STOCKTON LLP
990 Highland Drive, Suite 206
Solana Beach, CA 92075
Telephone: (858) 792-1100
Email: dan@levinsonstocktonllp.com
Email: justin@levinsonstocktonllp.com

WILLIAM WRIGHT
THE WRIGHT LAW OFFICE, LLP
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
Telephone: (561) 514-0904
Email: willwright@wrightlawoffice.com
(pro hac vice application forthcoming)

DANIEL FAHERTY
TELFER, FAHERTY, & ANDERSON, PL
815 S. Washington Avenue, Suite 201
Titusville, Florida 32780
Telephone: (321) 269-6833
Facsimile: (321) 383-9970
Email: danfaherty@hotmail.com
(pro hac vice application forthcoming)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| SHANA GUDGEL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CLOROX COMPANY,<br><br>    Defendant. | Civil Case No. 4:20-cv-05712-~~KAW~~ PJH<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT; STIPULATED REQUEST TO ENLARGE TIME TO BRIEF FORTHCOMING MOTION TO DISMISS; ~~[PROPOSED]~~ ORDER** |

STIPULATION ENLARGING TIME TO RESPOND TO
COMPLAINT; STIPULATED REQUEST RE FORTHCOMING
MOTION TO DISMISS; ~~[PROPOSED]~~ ORDER

Case No. 4:20-cv-05712-~~KAW~~

Pursuant to Civil L.R. 6-1(a), Defendant The Clorox Company ("Clorox") and Plaintiff Shana Gudgel (collectively, the "Parties") respectfully submit the following Stipulation (Without Court Order) Enlarging Time to Respond to the Complaint.

Pursuant to Civil L.R. 6-1(b) and 6-2, the Parties also respectfully submit the following Stipulated Request to Enlarge Time to Brief Clorox's Forthcoming Motion to Dismiss.

## STIPULATION

WHEREAS, on August 14, 2020, Plaintiff filed the initial complaint (Dkt. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Clorox's response to the initial complaint would be due by September 8, 2020 (*see* Dkt. 11);

WHEREAS, Clorox has informed Plaintiff that it intends to move to dismiss the initial complaint; and

WHEREAS, pursuant to Civil L.R. 6-1(a), which allows parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint, the Parties have conferred and agree that Clorox shall file its motion to dismiss the initial complaint by October 8, 2020.

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that Clorox shall have until October 8, 2020, to file its motion to dismiss the initial complaint.

## STIPULATED REQUEST

WHEREAS, the Parties agree that resolution of Clorox's forthcoming motion to dismiss would benefit from extending the opposition deadline by two weeks and the reply deadline by one week;

WHEREAS, the Parties have stipulated and agreed that Clorox shall have until October 8, 2020, to move to dismiss the initial complaint;

WHEREAS, there have been no other time modifications in this case;

WHEREAS, no events or deadlines already fixed by Court order would be affected by the time

1    modification requested herein; and

2        WHEREAS, Clorox does not waive, and expressly reserves, all defenses.

3        THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate

4
     and agree to, and respectfully request that the Court order, the following deadlines:
5
6        • Plaintiff shall have until November 5, 2020, to file an opposition to Clorox's forthcoming

7    motion to dismiss the initial complaint; and

8        • Clorox shall have until November 19, 2020, to file a reply in support of its forthcoming

9    motion to dismiss the initial complaint.

10

11
         **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
12

13

14   DATED: September 15, 2020                    By: Phyllis J. Hamilton
                                                       ~~Hon. Kandis A. Westmore~~
15                                                     ~~United States Magistrate Judge~~
                                                       U.S. District Court Judge
16
17   DATED: September 3, 2020          Respectfully submitted,

18                                     */s/ Emily Johnson Henn*

19                                     EMILY JOHNSON HENN (Bar No. 269482)
                                       KATHRYN E. CAHOY (Bar No. 298777)
20                                     COVINGTON & BURLING LLP
                                       3000 El Camino Real
21                                     5 Palo Alto Square, 10th Floor
                                       Palo Alto, CA 94306-2112
22                                     Telephone: + 1 (650) 632-4700
                                       Facsimile: + 1 (650) 632-4800
23                                     Email: ehenn@cov.com
                                       Email: kcahoy@cov.com
24
25                                     ASHLEY M. SIMONSEN (Bar No. 275203)
                                       COVINGTON & BURLING LLP
26                                     1999 Avenue of the Stars
                                       Los Angeles, CA 90067-4643
27                                     Telephone: +1 (424) 332-4782

28

STIPULATION ENLARGING TIME TO RESPOND TO              2         Case No. 4:20-cv-05712-~~KAW~~
COMPLAINT; STIPULATED REQUEST RE FORTHCOMING
MOTION TO DISMISS; ~~[PROPOSED]~~ ORDER

Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant The Clorox Company*


*/s/ Daniel Levinson*

DANIEL LEVINSON
JUSTIN STOCKTON
LEVINSON STOCKTON LLP
990 Highland Drive, Suite 206
Solana Beach, CA 92075
Telephone: (858) 792-1100
Email: justin@levinsonstocktonllp.com
Email: dan@levinsonstocktonllp.com

WILLIAM WRIGHT
THE WRIGHT LAW OFFICE, LLP
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
Telephone: (561) 514-0904
Email: willwright@wrightlawoffice.com
(pro hac vice application forthcoming)

DANIEL FAHERTY
TELFER, FAHERTY, & ANDERSON, PL
815 S. Washington Avenue, Suite 201
Titusville, Florida 32780
Telephone: (321) 269-6833
Facsimile: (321) 383-9970
Email: danfaherty@hotmail.com
(pro hac vice application forthcoming)

*Attorneys for Plaintiff*

STIPULATION ENLARGING TIME TO RESPOND TO
COMPLAINT; STIPULATED REQUEST RE FORTHCOMING
MOTION TO DISMISS; [PROPOSED] ORDER

3

Case No. 4:20-cv-05712-KAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), Emily Johnson Henn hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  September 3, 2020                                                  By: */s/ Emily Johnson Henn*