DANIEL LEVINSON (CA State Bar No. 200951)
JUSTIN STOCKTON (CA State Bar No. 167659)
       LEVINSON STOCKTON LLP
990 Highland Drive, Suite 206
Solana Beach, CA 92075
Telephone: (858) 792-1100
Facsimile: (858) 792-1106
Email: justin@levinsonstocktonllp.com
Email: dan@levinsonstocktonllp.com

WILLIAM WRIGHT (FL State Bar No. 138361)
THE WRIGHT LAW OFFICE, LLP
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
Telephone: (561) 514-0904
Facsimile: (561) 514-0905
Email: willwright@wrightlawoffice.com
(pro hac vice application forthcoming)

DANIEL FAHERTY (FL State Bar No. 379697)
TELFER, FAHERTY & ANDERSON, PL
815 S. Washington Avenue, Suite 201
Titusville, Florida 32780
Telephone: (321) 269-6833
Facsimile:  (321) 383-9970
Email: danfaherty@hotmail.com
(pro hac vice application forthcoming)

*Attorneys for Plaintiff Shana Gudgel*



IT IS SO ORDERED
Judge Phyllis J. Hamilton
February 25, 2021

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SHANA GUDGEL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CLOROX COMPANY,<br><br>    Defendant. | Civil Case No. 4:20-cv-05712-PJH<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>Judge:  Phyllis J. Hamilton |

## **NOTICE OF DISMISSAL**

Plaintiffs Shana Gudgel by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), give notice of dismissal of this action with with prejudice.

Dated: February 24, 2021

s/DANIEL LEVINSON

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 s/ Daniel Levinson